# Court of Appeals
# of the State of Georgia

ATLANTA,  July 23, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0005. LEON FRANSCECO BANJAMIN v. R. TIMOTHY HAMIL, JUDGE.**

Upon consideration of the APPELLANT'S RULE 40(C) ORIGINAL MANDAMUS in the above styled case, it is ordered that the motion is hereby DENIED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/23/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.